UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Alan G. Wellander ) | Case No. 15-10854 |
| ) | Hon. Benjamin Goldgar |
| ) | Hearing Date: Mon., Nov. 23, 2015 |
| Debtor. ) | @ 10:00 a.m. |

## NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Monday, November 23, 2015 at 10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Benjamin Goldgar or any other Judge sitting in his stead, in **Courtroom 642**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses**, a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on October 19, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Alan G. Wellander
2831 N. Kildare
Chicago, IL 60641

Laura R. Caputo
Geraci Law, L.L.C.
55 E. Monroe Street, #3400
Chicago, IL 60603

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| WELLANDER, ALAN GEORGE | ) | Case No. 15-10854 |
| | ) | |
| | ) | Hon. BENJAMIN GOLDGAR |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

To: THE HONORABLE BENJAMIN GOLDGAR

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,650.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $9,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 400.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 1,650.00 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: September 29, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
ADDRESS

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Wellander, Alan
c/o Norman B. Newman, Chapter 7 Trustee
Much Shelist, P.C.
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/24/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012490.0007**

15 - Trustee Matters

**FEES THROUGH SEPTEMBER 24, 2015**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/18/15 | NBN | Meet with J. Benson regarding motion to sell real estate. | 0.20 |
| 05/20/15 | NBN | Review filed version of motion to sell interest in real estate. | 0.20 |
| 05/27/15 | NBN | Review order granting motion to employ attorney. | 0.20 |
| 06/09/15 | NBN | Discuss sale hearing with J. Benson. | 0.20 |
| 06/10/15 | NBN | Discussion with J. Benson regarding sale approval and review sale order. | 0.30 |
| 06/11/15 | NBN | Correspondences with N. Curtis regarding sale order entered and payment of purchase price. | 0.20 |
| 06/12/15 | NXS | Set up bank account, request TIN# and list assets for Debtor in Caselink. | 0.30 |
| 06/15/15 | NBN | Telephone conference with N. Curtis regarding payment of purchase price (.20); review funds from Debtor (.10). | 0.30 |
| 06/16/15 | NXS | Deposit funds received from purchaser for Trustee right, title and interest in real estate. | 0.20 |
| 06/17/15 | NBN | Review initial report of assets; sign W-9. | 0.30 |
| 06/18/15 | NBN | Review claim bar date notice. | 0.20 |
| 06/22/15 | NBN | Correspondences with N. Curtis regarding payment received for real estate purchase. | 0.20 |
| 07/06/15 | NBN | Review discharge order. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 08/24/15 | NBN | Review claim of Citibank. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

Payment due within 30 days of invoice

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com




thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Wellander, Alan
c/o Norman B. Newman, Chapter 7 Trustee
Much Shelist, P.C.
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/24/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012490.0007**

15 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 09/21/15 | NBN | Review claim register and review claim filed on behalf of Citibank (.20); review schedules regarding creditor listed (.10). | 0.30 |
| | | **Total Hours** | **4.10** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

Payment due within 30 days of invoice

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.