**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WELLANDER, ALAN GEORGE § | Case No. 15-10854 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 11/23/2015 in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/19/2015          By: /s/ Norman B. Newman
                                                                                Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WELLANDER, ALAN GEORGE § Case No. 15-10854
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 35.83 |
| *leaving a balance on hand of* [1] | $ 8,964.17 |
| **Balance on hand:** | $ 8,964.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,964.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,650.00 | 0.00 | 1,650.00 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 4,017.50 | 0.00 | 4,017.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 208.20 | 0.00 | 208.20 |

Total to be paid for chapter 7 administration expenses: $ 5,875.70
Remaining balance: $ 3,088.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,088.47 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,088.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,419.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7,419.38 | 0.00 | 3,088.47 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,088.47 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Alan George Wellander  
    Debtor

Case No. 15-10854-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mhenley     Page 1 of 1     Date Rcvd: Oct 19, 2015  
                   Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2015.
```
db            +Alan George Wellander,   2831 N Kildare,    Chicago, IL 60641-5342
23100326      +Associated BANK,   Attn: Bankruptcy Dept.,   200 N Adams St,   Green Bay,WI 54301-5174
23100323     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  BK OF AMER,    Attn: Bankruptcy Dept.,    Po Box 982235,
                El Paso,TX 79998)
23100322      +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls,SD 57117-6241
23100321      +Chase CARD,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington,DE 19850-5298
23100331      +Cheryl Wells,   2115 W Fletcher St,   Chicago,IL 60618-6401
23100329      +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta,GA 30374-0241
23100328      +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen,TX 75013-2002
23100324     #+Frederick J. Hanna & Assoc.,   Bankruptcy Dept.,   1427 Roswell Rd.,   Marietta,GA 30062-3668
23100330      +Law Offices of Sandy N. Isaacson,   180 N LaSalle St,   Chicago,IL 60601-2809
23100327      +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester,PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23632301       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2015 05:11:09
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23100325*     +Chase CARD,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2015                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2015 at the address(es) listed below:
```
              John A Benson, Jr.    on behalf of Trustee Norman B Newman jbenson@muchshelist.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Laura R Caputo    on behalf of Debtor Alan George Wellander ndil@geracilaw.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Attorney    Much Shelist nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    nnewman@muchshelist.com,  nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```