## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  WELLANDER, ALAN GEORGE      §    Case No.  15-10854

§

§

Debtor(s)                      §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,495.00
*(without deducting any secured claims)*

Assets Exempt: $40,088.00

Total Distribution to Claimants:$3,088.47

Claims Discharged
Without Payment: $4,330.91

Total Expenses of Administration:$5,911.53

3)  Total gross receipts of $     9,000.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of  $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $147,504.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,911.53 | 5,911.53 | 5,911.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,419.00 | 7,419.38 | 7,419.38 | 3,088.47 |
| **TOTAL DISBURSEMENTS** | $154,923.00 | $13,330.91 | $13,330.91 | $9,000.00 |

4)  This case was originally filed under Chapter 7 on March 26, 2015. The case was pending for 9 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016          By: /s/NORMAN NEWMAN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2831 N Kildare Chicago, IL 60641 (Debtor's Resid | 1110-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | $9,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 1 Associated BANK | 4110-000 | 147,504.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $147,504.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 208.20 | 208.20 | 208.20 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 4,017.50 | 4,017.50 | 4,017.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.36 | 13.36 | 13.36 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 12.47 | 12.47 | 12.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,911.53 | $5,911.53 | $5,911.53 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 7,419.00 | 7,419.38 | 7,419.38 | 3,088.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,419.00 | $7,419.38 | $7,419.38 | $3,088.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10854

**Case Name:** WELLANDER, ALAN GEORGE

**Period Ending:** 01/14/16

**Trustee:** (330270)   NORMAN NEWMAN

**Filed (f) or Converted (c):** 03/26/15 (f)

**§341(a) Meeting Date:** 05/07/15

**Claims Bar Date:** 09/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2831 N Kildare Chicago, IL 60641 (Debtor's Resid  Imported from original petition Doc# 1 | 189,900.00 | 27,396.00 | | 9,000.00 | FA |
| 2  money market account with - Bank of America  Imported from original petition Doc# 1 | 111.00 | 111.00 | | 0.00 | FA |
| 3  checking account with - Bank of America  Imported from original petition Doc# 1 | 2,800.00 | 962.00 | | 0.00 | FA |
| 4  Used household goods; TV, DVD player, TV stand,  Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5  Books, CD's, DVD's, Tapes/Records, Family Pictur  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 6  Necessary wearing apparel.  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Pension w/ Employer/Former Employer - 100% Exemp  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  IRA - 100% Exempt.  Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 9  Pending workers compensation settlement  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Potential Social Security Disability backpay  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  Car accident settlement pending.  Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 12  2001 Ford Explorer  Imported from original petition Doc# 1 | 1,134.00 | 134.00 | | 0.00 | FA |
| 13  1964 Chevrolet Malibu. Purchased 6 years ago for  Imported from original petition Doc# 1 | 3,000.00 | 600.00 | | 0.00 | FA |
| 14  Tools. Debtor was a construction worker prior to  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| **14**  **Assets**  **Totals** (Excluding unknown values) | **$208,395.00** | **$33,203.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold interest in real estate.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10854

**Case Name:** WELLANDER, ALAN GEORGE

**Period Ending:** 01/14/16

**Trustee:** (330270)   NORMAN NEWMAN

**Filed (f) or Converted (c):** 03/26/15 (f)

**§341(a) Meeting Date:** 05/07/15

**Claims Bar Date:** 09/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   November 30, 2015        **Current Projected Date Of Final Report (TFR):**   October 19, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-10854

**Case Name:** WELLANDER, ALAN GEORGE

**Taxpayer ID #:** **-***6969

**Period Ending:** 01/14/16

**Trustee:** NORMAN NEWMAN (330270)

**Bank Name:** RABOBANK, N.A.

**Account:** ******3866 - Checking Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/15 | {1} | Alan Wellander | Payment for Trustee's Interest in real estate pursuant to Order dated 6/10/15 | 1110-000 | 9,000.00 | | 9,000.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.36 | 8,976.64 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.47 | 8,964.17 |
| 11/23/15 | 101 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $1,650.00, Trustee Compensation;  Reference: | 2100-000 | | 1,650.00 | 7,314.17 |
| 11/23/15 | 102 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $208.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 208.20 | 7,105.97 |
| 11/23/15 | 103 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $4,017.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,017.50 | 3,088.47 |
| 11/23/15 | 104 | PYOD, LLC its successors and assigns as assignee | Final Distribution Pursuant to Court Order entered on November 23, 2015. | 7100-000 | | 3,088.47 | 0.00 |

| | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,000.00 | 9,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,000.00 | 9,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,000.00** | **$9,000.00** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3866** | 9,000.00 | 9,000.00 | 0.00 |
| | **$9,000.00** | **$9,000.00** | **$0.00** |